**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT MILLER, | Case No. CV 15-3975-DMG (KES) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| S. SHERMAN (Warden), | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: April 28, 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE